# GISKAN SOLOTAROFF & ANDERSON LLP
## Attorneys at Law

May 4, 2023

**BY ECF**                                                                    **MEMORANDUM ENDORSED**

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:     Drummond v. Akselrad et al, Case No.: 23-cv-179 (LJL)

Dear Judge Gorenstein:

        I represent Plaintiff Kenneth Drummond in the above-captioned case. With the consent of counsel for Defendants, I write to request an adjournment of the settlement conference currently scheduled for May 9, 2023, at 10:00 am. The basis of the request is that Mr. Drummond, who lives in Florida, suffered damage to his residence in the recent tornado that struck West Palm Beach. Mr. Drummond needs to attend to this situation which will make it difficult for him to travel to New York early next week.

        I have consulted with counsel for Defendants and the Your Honor's courtroom deputy and all parties would be available for a settlement conference on May 31, 2023 at 10:00 am.

        I apologize for the lateness of this request and any confusion it may have caused. Defense counsel was somewhat delayed in getting back to me regarding the adjourn date because of a death in his family and I was traveling yesterday.

        Thank you for your attention to this matter.

                                          Sincerely yours,

                                          /s

                                          Jason L. Solotaroff

cc:     Patrick Lamparello, Esq.

                                       Adjournment to May 31, 2023, at 10:00 a.m. granted.
                                       Submissions are due May 24, 2023.

                                       So Ordered.

                                       GABRIEL W. GORENSTEIN
                                       United States Magistrate Judge
                                       May 4, 2023